**Dismissed and Opinion Filed June 10 , 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00432-CV

## IN THE INTEREST OF A.S., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-00755-X**

## MEMORANDUM OPINION
Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Stoddart

Father, appearing pro se, filed a notice of appeal from an "Order to do services" signed March 14, 2016.  Subsequently, Deputy Dallas County District Clerk Shelia Bradley informed us the order could not be located, and a review of the clerk's record showed no order had been signed on that date and the trial court had not otherwise signed an appealable interlocutory order or final judgment disposing of all parties and issues.  By letter dated May 11, 2016, we explained to Father that we generally only have jurisdiction over final judgments and appealable interlocutory orders.  *See Lehman v. Har-Con, Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  We directed Father to file, within ten days, a letter brief addressing our jurisdiction over the appeal, and we cautioned him that failure to comply could result in dismissal of the appeal without further notice.  *See* TEX. R. APP. P. 42.3(a).  To date, however, Father has not complied.  Because

a final judgment or appealable interlocutory order is a prerequisite to this Court's jurisdiction, and the record reflects neither, we dismiss the appeal. *See id.*

/Craig Stoddart/
CRAIG STODDART
JUSTICE

160432F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.S., A CHILD

No. 05-16-00432-CV

On Appeal from the 305th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-15-00755-X.
Opinion delivered by Justice Stoddart.
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 10th day of June, 2016.